No. 04-02-00365-CV


WACKENHUT CORRECTIONS CORPORATION,

Appellant


v.


BEXAR APPRAISAL DISTRICT,

Appellee


From the 131st Judicial District Court, Bexar County, Texas

Trial Court No. 99-CI-15454

Honorable Frank Montalvo, Judge Presiding (1)


PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: November 27, 2002


DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed against appellant.

 PER CURIAM

DO NOT PUBLISH


1. The Honorable Frank Montalvo rendered the final judgment in the underlying lawsuit. The Honorable Phylis
J. Speedlin signed a corrected final judgment.